WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Counsel for TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Plaintiff,

v.

CYRIL H. JOHNSON, an individual; KENNETH A. KUNEY, as Trustee of the Testamentary Trust created by the Will of Lucy Jane Johnson, deceased and the Decree of Distribution of her Estate as to an undivided 1/2 interest; and GEORGIANNA AILEEN JOHNSON MCDONALD, an individual,

Defendants.

CASE NO. 17-13797

Chapter 9

Adv. Proc. No.

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
5th Floor, Courtroom 13
Judge: Honorable René Lastreto II

**COMPLAINT FOR DECLARATORY RELIEF TO DETERMINE NATURE, EXTENT, AND VALIDITY OF INTERESTS IN PROPERTY**

Plaintiff TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("Plaintiff" or "Debtor") alleges against Defendants CYRIL H. JOHNSON, an individual ("JOHNSON"), KENNETH A. KUNEY, as Trustee of the Testamentary Trust created by the Will of Lucy Jane Johnson, deceased and the Decree of Distribution of her Estate as to an undivided 1/2 interest ("Kuney"), and GEORGIANNA AILEEN JOHNSON MCDONALD, an individual ("McDonald") (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1331, and 28 U.S.C. § 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (K), and (O); Plaintiff consents to the entry of a judgment in this matter by the Bankruptcy Court.

3. This adversary proceeding relates to the Chapter 9 Case No. 17-13797, *In re Tulare Local Healthcare District dba Tulare Regional Medical Center* (the "Chapter 9 Case") which is currently pending before this Court.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1409.

## PARTIES

5. Plaintiff is a California healthcare district, qualified to, and operating in the State of California. Plaintiff is the debtor in the underlying Chapter 9 case. It was previously known as Tulare Local Hospital District. On or about September 7, 1989, Plaintiff executed a short form deed of trust and assignment of rents, as a trustor, concerning the real property bearing the APN 170-092-004 ("Deed of Trust"). This Deed of Trust was recorded on October 19, 1989 in the

official records of the County of Tulare, California as Instrument No. 60289 in Book 4899, Page 206. A true and correct copy of the Deed of Trust is attached as Exhibit "A".

6. On information and belief, Plaintiff alleges that defendant Johnson is an individual. Defendant Johnson is believed to be a beneficiary of the Deed of Trust.

7. On information and belief, Plaintiff alleges that Kuney is the Trustee of the Testamentary Trust created by the Will of Lucy Jane Johnson, deceased and the Decree of Distribution of her Estate as to an undivided 1/2 interest (the "Trust"). It is believed that the Trust was a beneficiary of the Deed of Trust until it transferred its interest to McDonald on or about October 25, 2000.

8. On information and belief, Plaintiff alleges that McDonald was the transferee of the Trust's beneficial interest and that she received this interest on or about October 25, 2000. The Assignment of Deed of Trust was recorded on October 30, 2000 in the official records of the County of Tulare, California as Instrument No. 2000-0070074. A true and correct copy of the Assignment of Deed of Trust is attached as Exhibit "B".

## THE PROPERTY

9. The Deed of Trust concerns the real property bearing the APN 170-092-004. The common address is 793 N. Cherry St., Tulare, CA 93274.

10. The legal description of this property is as follows:

THAT PORTION OF THE EAST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 20 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHERE A STAKE IS DRIVEN 5 CHAINS EAST OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 2; THENCE RUNNING EASTERLY, 5 CHAINS; THENCE NORHTERLY, 450 FEET TO THE TRUE POINT OF BEGINNING: THENCE CONTINUING NORTHERLY, 210 FEET TO A POINT; THENCE WESTERLY, 125 FEET; THENCE SOUTHERLY, PARALLEL TO THE FIRST COURSE OF THE LAND BEING DESCRIBED, 210 FEET; THENCE EAST, 125 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM, THE NORTH 30 FEET THEREOF.

## GENERAL ALLEGATIONS

11. Plaintiff filed a voluntary petition under Chapter 9 of 11 U.S.C. § 101, *et seq.* ("Bankruptcy Code") on September 30, 2017.

12. A plan of reorganization has not yet been proposed by Plaintiff.

13. On or about September 7, 1989, Plaintiff, as Trustor, executed the Deed of Trust in favor of Johnson and Kuney as Trustee of the Trust to evidence its obligation in a principal sum of $177,750.00. Both Johnson and Kuney as Trustee of the Trust received undivided one-half interests.

14. On or about October 25, 2000, Kuney, as Trustee of the Trust transferred the Trust's undivided one-half interest to McDonald through an Assignment of Deed of Trust that was recorded on October 30, 2000.

15. Plaintiff has since satisfied the underlying obligation related to the Deed of Trust and is entitled to have the Deed of Trust reconveyed. All sums owed to the Defendants have been paid. The Deed of Trust clouds Plaintiff's title to the subject property.

## FIRST CLAIM FOR RELIEF

**(Declaratory Relief Sought by Debtor to Determine Nature, Extent, and Validity of Interests)**

16. Plaintiff realleges and incorporates by reference each allegation contained in paragraphs 1 through 15.

17. Under 28 U.S.C. § 2201, the Court "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not future relief is or could be sought". Additionally, under 28 U.S.C. § 2202, "[f]urther necessary or proper relief based on a declaratory judgment or decree may be granted." Additionally, Federal Rule of Bankruptcy Procedure 7001(2) provides that an adversary proceeding may be filed to determine nature, extent, and validity of interests of the Debtor and others in property.

18. An actual case or controversy exists relating to the rights and legal obligations of the parties with respect to ownership or other rights of the real property described in paragraphs 9 and 10 above.

19. The Plaintiff asserts that it has satisfied the underlying obligation related to the Deed of Trust and thus Plaintiff is entitled to an order clearing the title to the subject property including declaring the Deed of Trust to be void.

//
//
//
//
//
//
//
//
//
//

## PRAYER

**WHEREFORE**, the Plaintiff prays for judgment against Defendants as follows:

1. For a judgment declaring that:

    a. The underlying obligation in the principal sum of $177,750.00 has been satisfied.

    b. That none of Defendants have any interest in the real property bearing the APN 170-092-004.

    c. That Plaintiff is entitled to an order clearing the title to the subject property including declaring the Deed of Trust to be void.

2. For attorney's fees and the costs of suit incurred in this action; and

3. For such other and further relief as the Court deems just, equitable, and proper.

Dated: April 30, 2018

WALTER WILHELM LAW GROUP
A Professional Corporation

By: _/s/ Matthew Bunting_
Matthew P. Bunting
Attorneys for Debtor,
TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER

---

COMPLAINT FOR DECLARATORY RELIEF TO
DETERMINE NATURE, EXTENT, AND
VALIDITY OF INTERESTS IN PROPERTY

-6-

00177896-MPB-04.30.2018

RECORDING REQUESTED BY
TICOR TITLE INSURANCE COMPANY

VOL 4899 PAGE 206

60289

RECORDED AT REQUEST OF
TICOR TITLE INS. CO.
TIME 9AM FEE
OCT 19 1989
OFFICIAL RECORDS
TULARE COUNTY, CALIFORNIA
JAY C. BAYLESS, RECORDER

AND WHEN RECORDED MAIL TO

Name: Mr. Cyril H. Johnson
Mr. Kenneth Kuney
Street Address: 145 No. N Street
City & State: Tulare, CA  93274

—————SPACE ABOVE THIS LINE FOR RECORDER'S USE—————

CAT. NO. NN00618  SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS (INDIVIDUAL)
TO 1939 CA (10-84) (OPEN END)

This Deed of Trust, made this 7th day of September, 1989, between
TULARE LOCAL HOSPITAL DISTRICT
, herein called Trustor,
whose address is  869 No. Cherry (number and street)  Tulare (city)  CA (state)  93274 (zip)
Ticor Title Insurance Company of California, a California corporation, herein called Trustee, and
CYRIL H. JOHNSON, a married man as his sole and separate property as to an undivided 1/2
interest and KENNETH A. KUNEY, as Trustee of the Testamentary Trust created under the Will of
LUCY JANE JOHNSON, deceased  (SEE BELOW) ****  , herein called Beneficiary,
Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE,
that property in  City of Tulare, Tulare  County, California, described as:
SEE EXHIBIT "A" ATTACHED HERETO FOR LEGAL DESCRIPTION

In the event Trustor, without the prior written consent of the Beneficiary, sell, agrees to
sell, transfers or conveys its interest in the real property or any part thereof or any
interest therein, Beneficiary may at its option declare all sums secured hereby immediately
due and payable. A consent to a transfer or assumption shall not constitute a release of the
Original Trustor from its primary responsibility on the note. Consent to one such transaction
shall not be deemed to be a waiver of the right to require such consent to future or
successive transactions. The terms "Trustor" and "Beneficiary" includes their successors.
****and the Decree of Distribution of her Estate as to an undivided 1/2 interest.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $ 177,750.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
To Protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961, Page 183887 | | | | |

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.
The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

STATE OF CALIFORNIA  } SS.
COUNTY OF _____
On _____ before
me, the undersigned, a Notary Public in and for said State,
personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the person___ whose name _____ subscribed to the within instrument and acknowledged that ____ executed the same.
WITNESS my hand and official seal.

Signature _____

Signature of Trustor
TULARE LOCAL HOSPITAL DISTRICT
Tulare District Hospital
By _/s/ Clarence L. Padham_
Clarence L. Padham, President

By _/s/ Patricia T. Ross_
Patricia T. Ross, Secretary

Witness _/s/ _____

(This area for official notarial seal)

Title Order No. _____  Escrow No. _303516-GP_

EXHIBIT "A"

VOL 4899 PAGE 207

DESCRIPTION:

THAT PORTION OF THE EAST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 20 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHERE A STAKE IS DRIVEN 5 CHAINS EAST OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 2; THENCE RUNNING EASTERLY, 5 CHAINS; THENCE NORTHERLY, 450 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTHERLY, 210 FEET TO A POINT; THENCE WESTERLY, 125 FEET; THENCE SOUTHERLY, PARALLEL TO THE FIRST COURSE OF THE LAND BEING DESCRIBED, 210 FEET; THENCE EAST, 125 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM, THE NORTH 30 FEET THEREOF.

WITNESS OF CORPORATION

VOL 4899 PAGE 208

STATE OF CALIFORNIA )
COUNTY OF Tulare )

On September 28, 1989, before me, the undersigned, a Notary Public, in and for said State, personally appeared P. A. Bankston, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, as a Witness thereto, who being by me duly sworn, deposes and says:

That he resides in Tulare County, and that he was present and saw Clarence L. Padham and Patricia T. Ross personally known to him to be the President TULARE LOCAL HOSPITAL DISTRICT and Secretary of the ~~corporation~~ that executed the within instrument known to him to be the persons who executed the within instrument on behalf of the /public corporation therein named, and acknowledged to said affiant that such /public corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors, and that said affiant subscribed his name thereto as a witness to said execution.

WITNESS my hand and offical seal.

Signature /s/ Gilda J. Perry

OFFICIAL SEAL
GILDA J. PERRY
NOTARY PUBLIC-CALIFORNIA
PRINCIPAL OFFICE IN
TULARE COUNTY
My Commission Expires Apr. 10, 1991

```
RECORDING REQUESTED BY
Kris B. Pedersen
Attorney at Law
        AND WHEN RECORDED MAIL TO
       Kris B. Pedersen
NAME   DOOLEY & HERR, LLP
ADDRESS 100 Willow Plaza
        Suite 300
CITY &  Visalia
STATE   CA 93291

Title Order No. _____
Escrow No. _____
```

```
2000-0070074
Recorded              | REC FEE   10.00
Official Records      |
County Of             |
Tulare                |
GREGORY B. HARDCASTLE |
Recorder              |
                      | nc
08:32AM 30-Oct-2000   | Page 1 of 2
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

Georgianna Aileeen Johnson McDonald

all beneficial interest under that certain Deed of Trust dated September 7, 1989

executed by Tulare Local District Hospital
, Trustor,

to Kenneth A. Kuney, as Trustee of the Testamentary Trust created by the Will of Lucy Jane Johnson, deceased and the Decree of Distribution of her Estate as to an undivided 1/2 interest

and recorded as Instrument No. 89-60289 on October 19, 1989 in book

page _____, of Official Records in the County Recorder's office of Tulare County, California, describing land therein as:

        See attached Legal Description

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated October 25, 2000

STATE OF CALIFORNIA
COUNTY OF Tulare    S.S.
On October 25, 2000 before me,

a Notary Public in and for said County and State, personally appeared
Kenneth A. Kuney

personally known to me (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal
Signature /s/ Elizabeth C. Rueda

KENNETH A. KUNEY, as Trustee of the Testamentary Trust created by the Will of LUCY JANE JOHNSON, deceased and the Decree of Distribution of her estate as to an undivided one-half interest

ELIZABETH C. RUEDA
Commission # 1183406
Notary Public - California
Tulare County
My Comm. Expires May 14, 2002

(This area for official notarial seal)

CTC 1-113 (9-91)                          CTC-D34

EXHIBIT B
Page 1 of 2

DESCRIPTION:

THAT PORTION OF THE EAST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 20 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHERE A STAKE IS DRIVEN 5 CHAINS EAST OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 2; THENCE RUNNING EASTERLY, 5 CHAINS; THENCE NORTHERLY, 450 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTHERLY, 210 FEET TO A POINT; THENCE WESTERLY, 125 FEET; THENCE SOUTHERLY, PARALLEL TO THE FIRST COURSE OF THE LAND BEING DESCRIBED, 210 FEET; THENCE EAST, 125 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM, THE NORTH 30 FEET THEREOF.